# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 20-62468-SMS | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | BAILEY, WONDALYN SHANTE | Date Filed (f) or Converted (c): | 02/09/2020 (f) |
| | | § 341(a) Meeting Date: | 03/17/2020 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 09/16/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 233 Long Drive, McDonough, GA 30253-0000, Henry County<br>Mortgage amount scheduled at initial 2009 balance. Current mortgage balance has been requested. | 159,800.00 | 15,810.00 | | 0.00 | 185,000.00 |
| 2 | 2014 Toyota Camry, 96200 miles<br>Notice of abandonment filed on 6/17/20, Dkt # 15. | 8,640.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2001 Ford Ranger, 185500 miles<br>Notice of abandonment filed on 6/17/20, Dkt # 15. | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | Living Room Set, Dining Room Set, Bedroom Set. | 1,100.00 | 0.00 | | 0.00 | FA |
| 5 | 2TV's , DVD Player, Dell Laptop & Printer | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Pers. Clothing @ Res. | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money: Pers. Checking Account @ Wells Fargo Bank. | 155.00 | 0.00 | | 0.00 | FA |
| 9 | Deposits of money: Pers. Checking Account @ Chase Bank. | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Auto Accident 01-16-2020 involving Sasha Bulger-Foster. | 1.00 | 1.00 | | 0.00 | 1.00 |
| 10 | Assets    Totals    (Excluding unknown values) | **$174,166.00** | **$15,811.00** | | **$0.00** | **$185,001.00** |

**Major Activities Affecting Case Closing:**

Trustee believes there is equity in the Debtor's property and has requested the current mortgage statement through Debtor's attorney. Trustee intends to file a motion to compel to obtain current mortgage statement from Debtor.

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2022 | **Current Projected Date Of Final Report (TFR):** | 09/30/2022 |
| --- | --- | --- | --- |

07/30/2020
Date

/s/S. Gregory Hays
S. Gregory Hays