UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WONDALYN SHANTE BAILEY, | ) | CASE NO. 20-62468-SMS |
| | ) | |
| Debtor. | ) | |
| ------------------------------------ | ) ------------------------------------ | |
| S. GREGORY HAYS, Chapter 7 Trustee For the Estate of Wondalyn Shante Bailey, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) | CONTESTED MATTER |
| CARRINGTON MORTGAGE SERVICES, LLC, THE FAIRWAY'S AT COTTONFIELDS HOMEOWNERS ASSOCIATION, INC., HENRY COUNTY TAX COMMISSIONER, WONDALYN SHANTE BAILEY, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING**

**PLEASE TAKE NOTICE** that on January 13, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Wondalyn Shante Bailey ("**Debtor**"), filed *Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing* [Doc. No. 29] (the "**Sale Motion**") and related papers with the Court, seeking, among other things, an order from the Court authorizing the sale of that certain real property known generally as 233 Long Drive, McDonough, Henry County, Georgia 30253 (the "**Property**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c),

16072299v1

and 9014, to W. Y. International LLC (the "**Purchaser**"), "as is, where is," for an ***all-cash*** sale price of $180,000.00 (the "**Purchase Price**"), subject to bankruptcy court approval (the "**Contract**"). A true and correct copy of the Contract is attached and marked as Exhibit "A" to the Sale Motion, and incorporated herein by reference.

Trustee's proposed Contract with an all-cash Purchase Price of $180,000.00 (i) is the highest and best offer the Trustee has received; (ii) is subject to no contingencies whatsoever; and (iii) represents an appropriate selling price for the Property.

Trustee moves for authority to have paid at closing those liens and costs set forth in the Sale Motion. Although Trustee believes that the proposed sale is in the best interest of the Bankruptcy Estate and its creditors, Trustee invites any and all competing cash offers to be submitted in the form of an objection to the Sale Motion so long as the cash bid exceeds the present Contract by **at least $7,000.00** and is supported by **earnest money of at least five (2%) percent of the cash bid, with no contingencies, and the ability to close within ten (10) days.**

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

16072299v1

A hearing on the Sale Motion has been scheduled for **February 10, 2021 at 10:30 a.m.**, in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

*Given the current public health crisis, <u>hearings may be telephonic only</u>. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."*

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: January 13, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
     michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404-873-8500

16072299v1

## Certificate Service

      I, Michael J. Bargar, certify that I am over the age of 18 and that, I served a copy of this *Notice of Pleading, Deadline to Object, and for Hearing* with adequate postage prepaid, to the following persons or entities at the addresses stated below by first class mail on Exhibit "A" attached by first class mail:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA 30305

Carrington Mortgage Services, LLC
c/o C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

Ray Brousseau, President
Carrington Mortgage Services, LLC
1600 South Douglass Road
Suite 110 & 200-A
Anaheim, CA 92806

Bruce Rose, CEO
Carrington Mortgage Services, Inc.
1600 South Douglass Road
Suite 110 & 200-A
Anaheim, CA 92806

Michael C. Harris
Henry County Tax Commissioner
140 Henry Parkway
McDonough, GA 30253

The Fairway's at Cottonfields
Homeowners Association, Inc.
c/o Sentry Management Inc., its R. A.
303 Corporate Center Drive, Suite 300A
Stockbridge, GA 30281

Barbara Boggess, CEO
The Fairway's at Cottonfields
Homeowners Association, Inc.
2180 West Sr. 434 Suite 5000
Longwood, FL 32779

Wondalyn Shante Bailey
233 Long Drive
McDonough, GA 30253

Eric E. Thorstenberg
Deighan Law LLC
Suite 101
333 Sandy Springs Circle
Atlanta, GA 30328

Michael Campbell
Attention: Denise Hammock
Campbell & Brannon, LLC
Attention: Denise Hammock
5565 Glenridge Connector
Suite 350
Atlanta, GA 30342

      This 12th day of January, 2021

                                              */s/ Michael J. Bargar*
                                              Michael J. Bargar
                                              Georgia Bar No. 645709

16072299v1

**EXHIBIT "A" FOLLOWS**

16072299v1

```
Label Matrix for local noticing          Wondalyn Shante Bailey              Barclays Bank Delaware
113E-1                                   233 Long Drive                      Attn: Bankruptcy
Case 20-62468-sms                        McDonough, GA 30253-6698            Po Box 8801
Northern District of Georgia                                                 Wilmington, DE 19899-8801
Atlanta
Wed Jan 13 10:32:58 EST 2021

Michael J. Bargar                        Capital One Bank (USA), N.A.        Capital One Bank USA, NA
Arnall Golden Gregory, LLP               4515 N Santa Fe Ave                 c/o Aldridge Pite, Haan LLP
Suite 2100                               Oklahoma City, OK 73118-7901        PO Box 52815
171 17th Street, N.W.                                                        Atlanta, GA 30355-0815
Atlanta, GA 30363-1031


Capital One Bank, USA, NA                Carrington Mortgage Services        Castle Credit Co Holdings, LLC
Attn: Bankruptcy                         Attn: Bankruptcy                    Attn: Bankruptcy
Po Box 30285                             Po Box 3730                         20 N Wacker Dr, Ste 2275
Salt Lake City, UT 84130-0285            Anaheim, CA 92803-3730              Chicago, IL 60606-3096


Comenity Bank/Lane Bryant                Credit One Bank                     (p)GEORGIA DEPARTMENT OF REVENUE
Attn: Bankruptcy                         Attn: Bankruptcy Department         COMPLIANCE DIVISION
Po Box 182125                            Po Box 98873                        ARCS BANKRUPTCY
Columbus, OH 43218-2125                  Las Vegas, NV 89193-8873            1800 CENTURY BLVD NE SUITE 9100
                                                                             ATLANTA GA 30345-3202


S. Gregory Hays                          Humphries & King Realty             I.R.S. Insolvency Unit
Hays Financial Consulting, LLC           Attn: John V. Ball                  PO Box 7346
Suite 555                                830 Glenwood Avenue                 Philadelphia, PA 19101-7346
2964 Peachtree Road                      Suite 510-205
Atlanta, GA 30305-4909                   Atlanta, GA 30316-1966


LoanDepot                                Office of the United States Trustee PRA Receivables Management, LLC
Attn: Bankruptcy                         362 Richard Russell Building        PO Box 41021
Po Box 250009                            75 Ted Turner Drive, SW             Norfolk, VA 23541-1021
Plano, TX 75025-0009                     Atlanta, GA 30303-3315


PYOD, LLC                                Quantum3 Group LLC as agent for     Resurgent Receivables, LLC
Resurgent Capital Services               Comenity Bank                       Resurgent Capital Services
PO Box 19008                             PO Box 788                          PO Box 10587
Greenville, SC 29602-9008                Kirkland, WA  98083-0788            Greenville, SC 29603-0587


Syncb/hhgreg                             Synchrony Bank                      Synchrony Bank/ JC Penneys
Attn: Bankruptcy                         c/o PRA Receivables Management, LLC Attn: Bankruptcy
Po Box 965060                            PO Box 41021                        Po B 965064
Orlando, FL 32896-5060                   Norfolk, VA 23541-1021              Orkando, FL 32896-5064


Eric E. Thorstenberg                     United States Attorney              Wellstar Atlanta Med. Center
Deighan Law LLC                          Northern District of Georgia        attn: Patient Accounts
Suite 101                                75 Ted Turner Drive SW, Suite 600   303 Parkway Drive, NE
333 Sandy Springs Circle                 Atlanta GA 30303-3309               Atlanta, GA 30312-1212
Atlanta, GA 30328-3833
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| GA Dept. of Revenue | End of Label Matrix |
| ACCS REC Colls. Sect. | Mailable recipients 26 |
| 1800 Century Blvd NE # 9100 | Bypassed recipients 0 |
| Atlanta, GA 30345 | Total 26 |