PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Wondalyn Shante Bailey

Case No.: 20-62468-SMS     Chapter: 7

**Change of Address for:**
Debtor ✔  Creditor ☐  Attorney for Debtor ☐  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ✔

EFFECTIVE DATE OF CHANGE: 02-01-2021

Name: Wondalyn Shante Bailey

Prior Address: 233 Long Drive
McDonough, GA 30253

*****************************************************************

New Address: P.O. Box 657
McDonough, GA 30253

Change of Address Was Furnished By:  Debtor ☐  Creditor ☐  Attorney ✔

Date: 02/01/2021

Signature of Filer: /s/Eric E. Thorstenberg
Telephone Number: 404-843-8491

### IF FILED BY ATTORNEY

Attorney Name: Eric E. Thorstenberg

Bar ID: 710673

Address: 333 Sandy Springs Circle; Ste. 101
Atlanta, GA 30328

Revised August 2012