UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :     CHAPTER 7
                                                :
WONDALYN SHANTE BAILEY,       :     CASE NO. 20-62468-SMS
                                                :
   Debtor.                                  :

## REPORT OF SALE

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On February 19, 2021, the Trustee sold real property of the estate known as 233 Long Drive, McDonough GA 30253 ("**Property**") to W.Y. International, LLC ("**Purchaser**") for $180,000.00 as ordered and approved by the Court on February 9, 2021 [Doc. No. 33].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $45,929.41 from the sale.

Respectfully submitted this 22nd day of February, 2021.

                                                        /s
                                          S. Gregory Hays
Hays Financial Consulting, LLC     Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 02/19/2021 |
| **Disbursement Date:** | 02/19/2021 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | W. Y. International, LLC<br>1774 Holly Springs Rd<br>Marietta, GA 30062 |
| **Seller:** | S. Gregory Hays as and only as Chapter 7 Bankruptcy Trustee for the Estate of Wondalyn Shante Bailey<br>2964 Peachtree Road<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 233 Long Drive<br>McDonough, GA 30253 |
| **Tax Parcel No:** | 093C01007000 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 180,000.00 |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $200/yr 02/19/21 - 12/31/21 | | 173.15 |
| County Taxes ($2275.63) 01/01/21 - 02/19/21 | 305.50 | |
| Credit to buyer from debtor's homestead exemption | 500.00 | |
| **Commissions** | | |
| Commission - Selling Agent to Aspire Real Estate, LLC | 5,400.00 | |
| Commission - Listing Agent to Humphries & King Realty, LLC | 5,400.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to MidFirst Bank | 101,343.50 | |
| **HOA Charges** | | |
| 2021 HOA Dues to Fairways at Cottonfields Homeowners Association, I | 201.67 | |
| **Miscellaneous Debits/Credits** | | |
| Henry county water balance to Henry County Water Authority | 93.07 | |
| Debtor's homestead exemption to Wondalyn Shante Bailey | 21,000.00 | |
| **Subtotals** | 134,243.74 | 180,173.15 |
| **Balance Due TO Seller** | 45,929.41 | |

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
>
> Eric E. Thorstenberg
> Deighan Law LLC
> Suite 101
> 333 Sandy Springs Circle
> Atlanta, GA 30328
>
> Wondalyn Shante Bailey
> P.O. Box 657
> McDonough, GA 30253

Dated:  February 22, 2021.

                                                                 /s_____
                                              S. Gregory Hays
                                              Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net