IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>WONDALYN SHANTE BAILEY,<br><br>Debtor. | CASE NO.: 20-62468–SMS |
| MIDFIRST BANK,<br><br>Creditor.<br><br>vs.<br><br>WONDALYN SHANTE BAILEY,<br>S. GREGORY HAYS, TRUSTEE,<br><br>Respondents. | CONTESTED MATTER PROCEEDING<br><br>CHAPTER: 7 |

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (DOCKET # 40)

COMES NOW Movant, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the Federal Rules of Civil Procedure, hereby withdraws its MOTION FOR RELIEF FROM STAY filed February 26, 2021, without prejudice.

This ___23rd___ day of ___March___, 2021.

/s/A. Michelle Hart Ippoliti
A. Michelle   Hart Ippoliti, GA Bar No. 334291
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA   30076
Phone: 678-281-6537
Email: Michelle.HartIppoliti@mccalla.com

BANKRUPTCY CASE

NO. 20-62468-SMS

CHAPTER 7

CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That on the date below, I served a copy of the within WITHDRAWAL OF MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Wondalyn Shante Bailey
P.O. Box 657
McDonough, GA 30253

Eric E. Thorstenberg                              *(served via ECF notification)*
Deighan Law LLC
Suite 101
333 Sandy Springs Circle
Atlanta, GA 30328

S. Gregory Hays, Trustee                          *(served via ECF notification)*
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    3/23/21        By:    /s/A. Michelle Hart Ippoliti
                  (date)                A. Michelle Hart Ippoliti, GA Bar No. 334291
                                        Attorney for Movant