UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WONDALYN SHANTE BAILEY, | : | CASE NO. 20-62468-SMS |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 28th day of July, 2021.

                                                                          */s/ S. Gregory Hays*
                                                                          S. Gregory Hays
                                                                          Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Credit One Bank
Attn: Bankruptcy Dept
Po Box 98873
Las Vegas, NV 89193-8873

GEORGIA DEPARTMENT OF
REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
ATLANTA, GA 30345-3202

Capital One Bank, USA, NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Office of the US Trustee
362 Richard Russell Bld
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Capital One Bank USA, NA
c/o Aldridge Pite, Haan LLP
PO Box 52815
Atlanta, GA 30355-0815

Syncb/hhgreg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Wondalyn Shante Bailey
P.O. Box 657
McDonough, GA 30253-0657

Humphries & King Realty
Attn: John V. Ball
830 Glenwood Avenue
Atlanta, GA 30316-1966

Resurgent Receivables, LLC
Resurgent Capital Servs
PO Box 10587
Greenville, SC 29603-0587

MidFirst Bank

John D. Schlotter
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076-2102

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po B 965064
Orkando, FL 32896-5064

Castle Credit Co Holdings, LLC
Attn: Bankruptcy
20 N Wacker Dr, Ste 2275
Chicago, IL 60606-3096

A. Michelle Hart Ippoliti
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076-2102

LoanDepot
Attn: Bankruptcy
Po Box 250009
Plano, TX 75025-0009

Carrington Mortgage Services
Attn: Bankruptcy
Po Box 3730
Anaheim, CA 92803-3730

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Synchrony Bank
c/o PRA Receivables Mgt, LLC
PO Box 41021
Norfolk, VA 23541-1021

Eric E. Thorstenberg
Deighan Law LLC
Suite 101
333 Sandy Springs Circle
Atlanta, GA 30328-3833

I.R.S. Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

GA Dept. of Revenue
ACCS REC Colls. Sect.
1800 Century Blvd NE
# 9100
Atlanta, GA 30345

Wellstar Atlanta Med. Center
attn: Patient Accounts
303 Parkway Drive, NE
Atlanta, GA 30312-1212

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309